UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-09

------------------------------------------------

2820 Hylan Blvd.

                                    Plaintiff(s)      :       09 CIV. 5065
                                                      :
              -vs-                                            Notice of a Pretrial
                                                      :           Conference

Motiva Enterprises                                    :
                                    Defendant(s)      :

------------------------------------------------x

      Counsel are directed to appear in Courtroom 20-C on **October 16, 2009** at **10:15 a.m.**, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

      This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
       September 30, 2009

                                    *John F Keenan*
                                    JOHN F. KEENAN
                                    U.S.D.J.